34 So.3d 103 (2010)
Eliyahu LEVY and Ramona Levy, Appellants,
v.
J.S.L. CONSTRUCTION CO. etc., Appellee.
No. 3D09-816.
District Court of Appeal of Florida, Third District.
April 7, 2010.
Airan2, Airan-Pace, Crosa & Fernandez and D.S. Airan, Michelle A. Crosa, and Vivian Lasaga, for appellants.
Pepe & Nemire and Thomas F. Pepe, Coral Gables, for appellee.
Before COPE, GERSTEN, and SUAREZ, JJ.
Prior report: 994 So.2d 394.
PER CURIAM.
Affirmed. See Art. X, § 4(a), Fla. Const.; Trytek v. Gale Indus., Inc., 3 So.3d 1194 (Fla.2009).